OPINION — AG — KEY WORDS: JUNK AND/OR SALVAGE YARDS, SCREENED FROM VIEW, PLANTING OF SCREENING TYPE SHRUBBERY OF EQUAL HEIGHT, APPROVED BY THE STATE HIGHWAY COMMISSION GUILTY OF A MISDEMEANOR ANSWER: HOUSE BILL NO. 654 OF THE 30TH OF THE OKLAHOMA LEGISLATURE, AS SAME APPLIES TO EXISTING JUNK OR SALVAGE YARDS, IS UNCONSTITUTIONAL. CITE: ARTICLE II, SECTION 24 (BURCK BAILEY)